**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NAVTOPIA LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 19 cv 5934 |
| | ) |
| v. | ) Hon. Virginia M. Kendall |
| | ) |
| HERE NORTH AMERICA LLC, | ) Magistrate Judge Jeffrey Cole |
| | ) |
| Defendant. | ) |

**AGREED MOTION FOR EXTENSION TO ANSWER OR OTHERWISE PLEAD**

Defendant HERE North America LLC ("Defendant"), by and through its attorneys, Fox Swibel Levin & Carroll LLP, respectfully moves this Court for an extension of time to October 31, 2019 within which to answer or otherwise plead in response to Plaintiff NavTopia LLC's ("Plaintiff") Complaint. In support of this motion, Defendant states as follows.

1. Plaintiff filed this action on September 5, 2019.

2. Defendant's deadline to answer or otherwise plead is October 1, 2019.

3. Defendant is in the process of gathering information regarding the product at issue in this action.

4. In addition, Plaintiff has requested that the parties discuss the potential for settlement of this matter.

5. In light of the above, the parties agree that a 30-day extension of the responsive pleading deadline is appropriate in order for Defendant to adequately respond to the Complaint, and for the parties to assess the potential for settlement.

6. This Court may grant an extension "for good cause." Fed. R. Civ. P. 6(b)(1).

7. Counsel for Defendant has confirmed with counsel for Plaintiff via email that Plaintiff agrees to the filing of this motion and the relief requested herein.

8. This motion is made in good faith and not for purposes of delay, and the requested extension will not prejudice any party to this action.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant to file a responsive pleading until October 31, 2019.

Dated: September 30, 2019

Respectfully submitted,

FOX SWIBEL LEVIN & CARROLL LLP

By: /s/ *L. Brandon Liss*

David E. Koropp
L. Brandon Liss
200 W. Madison Street
Suite 3000
Chicago, Illinois 60606
Phone: (312) 224-1200
Fax: (312) 224-1201
Email: dkoropp@foxswibel.com
Email: bliss@foxsibel.com
***Attorneys for Here North America LLC***

#2312298v1

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on September 30, 2019, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Norther District of Illinois, Easter Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

                                                                   /s/ *L. Brandon Liss*
                                                                     L. Brandon Liss

3756892 v1 - 06968 / 005