# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

NavTopia LLC

                      Plaintiff,

v.                                                    Case No.: 1:19–cv–05934
                                                          Honorable Virginia M. Kendall

HERE North America LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Agreed Motion for extension of time to answer or otherwise plead [8] is granted. Answer shall be filed by 10/31/2019. Motion hearing set for 10/3/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.